UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL EDELSON, derivatively and on behalf of MERIDIAN BIOSCIENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN A. KRAEUTLER, JAMES M. ANDERSON, DAVID C. PHILLIPS, DWIGHT E. ELLINGWOOD, JOHN C. MCILWRAITH, CATHERINE A. SAZDANOFF, and MELISSA A. LUEKE, <br><br> Defendants, <br><br> -and- <br><br> MERIDIAN BIOSCIENCE, INC., an Ohio Corporation, <br><br> Nominal Defendant. | Case No. 1:17-cv-00825-SJD <br><br> Judge Susan J. Dlott <br> Magistrate Stephanie K. Bowman |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) and 41(a)**

AND NOW, this **9th** day of **October**, 2019, the Court having considered Plaintiff's unopposed motion to voluntarily dismiss this Action brought on behalf of Nominal Defendant Meridian Bioscience, Inc. against defendants John A. Kraeutler, James M. Anderson, David C. Phillips, Dwight E. Elllingwood, John C. McIlwraith, Catherine A. Sazdanoff, and Melissa A. Lueke, and finding good cause therefore,

- 2 -

IT IS HEREBY ORDERED that Plaintiff's unopposed motion to voluntarily dismiss this action without prejudice and with all parties to bear their own costs and fees is GRANTED.

*Susan J. Dlott*
The Honorable Susan J. Dlott